UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE AUGIER, | Case No. 22-12315 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CRAIG BENJAMIN KIRBY, | Elizabeth A. Stafford |
| | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MAY 22, 2023
<u>REPORT AND RECOMMENDATION (ECF No. 20)</u>**

Currently before the court is Magistrate Judge Elizabeth A. Stafford's May 22, 2023 Report and Recommendation. (ECF No. 20). Magistrate Judge Stafford recommends denying Defendant's motion to dismiss or transfer venue. (ECF Nos. 20, 8). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court

2

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 20) and **DENIES** the motion to dismiss or to transfer venue (ECF No. 8).

    **SO ORDERED**.

Date: June 13, 2023                                                                 s/F. Kay Behm
                                                                                     F. Kay Behm
                                                                                   United States District Judge